

# Fourth Court of Appeals
## San Antonio, Texas

February 25, 2014

No. 04-13-00667-CR

Raymond Sandoval **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 383282
Honorable Genie Wright, Judge Presiding

# O R D E R

The trial court's motion for an extension of time to file the supplemental record containing findings of fact and conclusions of law is GRANTED. Time is extended to April 4, 2014.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of February, 2014.

_____
Keith E. Hottle
Clerk of Court